UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL MARRERO, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br><br>                  -v-<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>                  Defendant. | Case No. 1:25-cv-00147-AMN-PJE<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff and Defendant (together, the "Parties"), by and through their respective attorneys, hereby jointly stipulate as follows:

1. WHEREAS, on January 31, 2025, Plaintiff Angel Marrero commenced this action against Defendant Ball Metal Beverage Container Corp., Inc. (Dkt. No. 1 ("Complaint")).

2. WHEREAS, on June 13, 2025, the Court granted the Parties' joint letter motion staying Defendant's deadline to respond to Plaintiff's Complaint and the Rule 16 initial conference. (Dkt. No. 16).

3. WHEREAS, on October 9, 2025, the Parties attended mediation before Stanley Matusz, Esquire which resulted in the Parties reaching an agreement to resolve the action in principle on a class and collective action basis. (Dkt. No. 20).

4. WHEREAS, on October 20, 2025, the Court directed the Parties to file a Stipulation of Dismissal or advise to the status of settlement on or before December 5, 2025. (Dkt. No. 21).

5. WHEREAS, to effectuate settlement between the Parties, the Parties agree to seek judicial approval of a class action settlement in New York State Supreme Court, Nassau County by commencing litigation in that venue for settlement approval purposes and, therefore, file the instant stipulation of voluntary dismissal without prejudice with this Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the action is discontinued without prejudice.

2. The Parties respectfully request that the Clerk of Court terminate this action on the docket.

Dated: November   5  , 2025

| | |
|---|---|
| Garrett Kaske (Bar Roll 704306) | Paul R. Piccigallo (Bar Roll 520586) |
| gkaske@kesslermatura.com | ppiccigallo@littler.com |
| Troy L. Kessler (Bar Roll 702019) | LITTLER MENDELSON, P.C. |
| tkessler@kesslermatura.com | 900 Third Avenue |
| Jocelyn Small (Bar Roll 704306) | New York, NY  10022 |
| jsmall@kesslermatura.com | Telephone:     212.583.9600 |
| KESSLER MATURA P.C. | |
| 534 Broadhollow Road, Suite 275 | Erin M. Train (Bar Roll 703297) |
| Melville, NY  11747 | etrain@littler.com |
| Telephone:     631.499.9100 | LITTLER MENDELSON, P.C. |
| | 375 Woodcliff Drive, Suite 2D |
| Raphael Katri (Bar Roll 702175) | Fairport, New York 14450 |
| rkatri@gmail.com | Telephone:     585.203.3400 |
| LAW OFFICES OF RAPHAEL A. KATRI | |
| 8549 Wilshire Blvd., Ste. 200 | Attorneys for Defendants |
| Beverly Hills, CA  90211 | |
| Telephone:     310.940.2034 | |

Attorneys for Plaintiff

SO ORDERED:

_____   Dated: January 9, 2026
Hon. Anne M. Nardacci
United States District Judge